Jonathan A. Stieglitz (SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
Telephone: (323) 979-2063

Attorney for Plaintiff
SHIMON MACHLUF

Brett B. Goodman
brett@goodmanlawapc.com
GOODMAN LAW FIRM APC
11440 West Bernardo Court Suite 300
San Diego, CA 92127
Telephone: (858) 757-7262

Attorneys for Defendant
Allied International Credit Corp

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### San Diego Division

| | |
|---|---|
| SHIMON MACHLUF<br><br>Plaintiff,<br><br>v.<br><br>Allied International Credit Corp., and John Does 1-25,<br><br>Defendant. | Case No.: 3:21-cv-840<br><br>**The Hon. Cathy Ann Bencivengo**<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[FRCP Rule 41(a)(1)(A)(ii)]<br><br>Complaint Filed: 04/29/2021 |

IT IS HEREBY STIPULATED by and between Plaintiff Shimon Machluf

("Plaintiff") and Defendant Allied International Credit Corp., ("Defendant"), by

and through their respective counsel of record, that the above-captioned action, including all parties and claims alleged therein, be and hereby is dismissed with prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

Undersigned counsel represent that they are fully authorized by their respective clients to enter into this Stipulation of Dismissal with Prejudice

DATED:  August 13, 2021         THE LAW OFFICES OF JONATHAN A. STIEGLITZ

                                By:   */s/Jonathan A. Stieglitz*
                                      Jonathan A. Stieglitz
                                      Attorneys for Plaintiff
                                      Shimon Machluf

DATED:  August 13, 2021         GOODMAN LAW FIRM

                                By:   */s/ Brett B. Goodman*
                                      Brett B. Goodman
                                      Attorneys for Defendant
                                      Allied International Credit Corp.